UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
  EBF HOLDINGS, LLC,                          :
                              Plaintiff,      :
                                              :            22 Civ. 9873 (LGS)
                -against-                      :
                                              :            ORDER
  ORBIT ENERGY & POWER, LLC, et al.,          :
                              Defendants.  :
                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the pre-motion conference scheduled for March 29, 2023, at

4:20 P.M., is adjourned to **March 29, 2023, at 5:10 P.M.**

Dated:  March 29, 2023
        New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE