```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
EBF HOLDINGS, LLC,                                          :
                              Plaintiff,                    :
                                                            :       22 Civ. 9873 (LGS)
               -against-                                    :
                                                            :              ORDER
ORBIT ENERGY & POWER, LLC, et al.,                          :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this case on March 29, 2023.  It is hereby

**ORDERED** that, by April 5, 2023, Defendant shall confer with Plaintiff and file a joint letter either (1) stating that he does not plan to assert counterclaims and stating whether Plaintiff agrees to extend the time to answer, move or otherwise respond to the Complaint for up to sixty days, or (2) stating that he does plan to assert counterclaims and proposing a date by which he will respond to the Complaint.  An order referring the case to Magistrate Judge Parker for a settlement conference will be entered separately.

Dated: March 30, 2023
       New York, New York

                                                          _____
                                                          **LORNA G. SCHOFIELD**
                                                          **UNITED STATES DISTRICT JUDGE**